In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00356-CV
_____

**CI ONCOLOGY PARTNERS, LLC, Appellant**

**V.**

**IASIS HEALTHCARE, MEDICAL CENTER OF SOUTHEAST TEXAS, LP A DELAWARE LIMITED PARTNERSHIP D/B/A THE MEDICAL CENTER OF SOUTHEAST TEXAS, AND MATT ROBERTS, Appellees**

**On Appeal from the 172nd District Court**
**Jefferson County, Texas**
**Trial Cause No. E-194,715**

**MEMORANDUM OPINION**

The appellant, CI Oncology Partners, LLC, filed a motion to dismiss this appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

1

_____
CHARLES KREGER
Justice

Submitted on October 15, 2014
Opinion Delivered October 16, 2014

Before McKeithen, C.J., Kreger and Horton, JJ.